# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL KELLER,**<br>        **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **JAMES CRAWFORD,**<br>        **Defendants.** | **NO.  19-4873** |

## ORDER

**AND NOW**, on this 4th day of June, 2020, upon consideration of Defendant James Crawford's Motion for Summary Judgment (ECF No. 23), Plaintiff Paul Keller's Response in Opposition (ECF No. 25), and Defendant's Reply in Support (ECF No. 29), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

Defendant's Motion in Limine (ECF No. 24) and Plaintiff's Motion in Limine (ECF No. 27) are taken under advisement.

                                                        **BY THE COURT:**


                                                         /s/Wendy Beetlestone, J.
                                                        _____
                                                        **WENDY BEETLESTONE**